**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**


THE UNITED STATES OF AMERICA,         *
                                           *

                                             *

       vs.                             *          CASE NO. 99-CR-0077-13 (JAF)
                                           *

                                           *

EDGARDO VALENTIN               *
* * * * * * * * * * * * * * * * * * * * * * * * *


**INFORMATIVE MOTION**


**TO THE HONORABLE JOSE A. FUSTE
CHIEF U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO:**

      **COMES NOW,** José A. Figueroa, U.S. Probation Officer of this Honorable Court, and respectfully

informs that on November 30, 2004, Mr. Valentin died as a result of injuries sustained from bullets

wounds. The offender was serving a supervised release term of four (4) years at the time of his death.

      **WHEREFORE**, the undersigned respectfully is notifying that this is case is being closed.

      In San Juan, Puerto Rico, this 31st of January 2005.

                     Respectfully submitted,

                     EUSTAQUIO BABILONIA, CHIEF
                     U.S. PROBATION OFFICER


                     s/José A. Figueroa
                     José A. Figueroa
                     U.S. Probation Officer
                     Federal Office Building, Office 400
                     San Juan, PR 00918
                     787-766-6153
                     787-771-5945
                     Jose_a_figueroa@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which send notification of such filing to the following: Sonia I. Torres-Pabón, Assistant U.S. Attorney and the and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Iván Dominguez-Pérez, El Monte Mall Suite 22, 652 Muñoz-Rivera Ave., San Juan, P.R. 00918.

At San Juan, Puerto Rico, this 31st day of January 2005.

s/José A. Figueroa
José A. Figueroa
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-6153
787-771-5945
Jose_a_figueroa@prp.uscourts.gov